IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM H VAUGHAN,

    Petitioner,

v.                                    CASE NO. 5:11-cv-00354-MP-EMT

STATE OF FLORIDA, KENNETH S TUCKER,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 12, the Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to follow an order of the Court. The petitioner was directed to submit two copies of his habeas petition by March 30, 2012, and failed to do so or to respond to the Court's order to show cause.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation of the Magistrate Judge, Doc. 12, is accepted and incorporated herein.

2. This case is dismissed without prejudice for Petitioner's failure to comply with orders of the Court.

**DONE AND ORDERED** this _24th_ day of September, 2012

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge